UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | HON. MADELINE C. ARLEO |
| Plaintiff, | DOCKET NO.: 2:17cr101-MCA |
| v. | |
| YANJUN LIN a/k/a AIMEE LIN, | CONSENT ORDER MODIFYING CONDITIONS OF RELEASE OF YANJUN LIN |
| Defendant. | |

**THIS MATTER** having been opened to the Court by the Law Office of McCusker, Anselmi, Rosen & Carvelli, P.C (Bruce S. Rosen, Esq.)., appearing for defendant Yanjun Lin, with the consent of the United States Attorney's Office (Anthony Moscato, AUSA.) appearing for the United States of America, and with no position taken by either the Government or United States Pretrial Services, for an Order modifying the conditions of release of Yanjun Lin ("Defendant") to lift all travel restrictions within the continental United States;

**IT IS** on this __28__ day of February 2019;

**ORDERED** that, the conditions of Yanjun Lin's bail, previously limited to travel within the continental United States (See April 12, 2017 Order Docket No. 34), is hereby amended to allow for defendant's temporary deployment by the United States Army as per deployment Orders provided to this Court and the Government, beginning on or about March 3, 2019. Defendant shall continue to periodically communicate with U.S. Pretrial as to her general location and shall report to Pretrial by telephone immediately upon her return to the United States;

1

**IT IS FURTHER ORDERED** that all other conditions of release shall remain in effect; and

**IT IS FURTHER ORDERED** that a copy of this Order shall be provided to Anthony Moscato, AUSA and Pretrial Services within one day of its receipt by counsel for Yanjun Lin in the event they do not receive the Order via electronic filing.

_____
HON. MADELINE C. ARLEO, U.S.D.J.